Pro Se 15 (Rev 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**FILED**
**U.S. DISTRICT COURT**
**DISTRICT OF MARYLAND**

# UNITED STATES DISTRICT COURT

for the        **2021 JUL -7 PM 3: 26**

___U.S___ District of __Maryland__ CLERKS OFFICE
AT BALTIMORE

__Baltimore__ Division BY _____ DEPUTY

Case No. BPG 21.1682

*(to be filled in by the Clerk's Office)*

)
)
**SOVO PRIVATIZATION TRUST- SEE ATTACHED** )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
)
)
)
**BALTIMORE COUNTY POLICE DEPT- SEE ATTACHED** )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    _SEE ATTACHED_
Address

|  | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
  Name                    _SEE ATTACHED_
  Job or Title *(if known)*
  Address

|  | City | State | Zip Code |
|---|---|---|---|

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 2
  Name
  Job or Title *(if known)*
  Address

|  | City | State | Zip Code |
|---|---|---|---|

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity    ☐ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

SEE ATTACHED

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

_N/A_

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

SEE ATTACHED

B.      What date and approximate time did the events giving rise to your claim(s) occur?

SEE ATTACHED

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE ATTACHED

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEE ATTACHED

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/7/21

Signature of Plaintiff

Printed Name of Plaintiff    MODIRI, TESSA-MONA TRUSTEE

### B.    For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |

Telephone Number
E-mail Address

ALL RIGHTS RESERVED
UCC 1-308

SOVO PRIVATIZATION TRUST

HOUSE OF RURRI TRUST

(Plaintiffs)

**Vs.**

Baltimore County police department 6th precinct, station 1,
Commander: Captain Deanna Chemelli , badge # 5785

Anne Arundel county police department,
Chief Amal Awad.

Baltimore County police department 6th precinct, station 1,
Officer Parent, badge # 6096

Baltimore County police department 6th precinct, station 1,
Detective Heyman, badge #5110

Baltimore County Department of Corrections,
Gail Watts

State of Maryland, officer Parent badge # 6096

Baltimore County District Court
Hon. Dorothy J. Wilson

(Defendants)



## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### I.The Parties to This Complaint

**A.    The Plaintiff(s)**
SOVO PRIVATIZATION TRUST
% 1 Bel Air South Parkway
Bel Air Maryland [21015]
469-591-9810

HOUSE OF RURRI TRUST
% 1 Bel Air South Parkway
Bel Air Maryland [21015]
443-819-6361

**II.The Defendants**

Defendant No. 1
Baltimore County police department 6th precinct, station 1,
Commander: Captain Deanna Chemelli , badge # 5785
115 West Susquehanna Avenue
Towson, Maryland 21204
410-887-2361
   **X**  Individual Capacity   **X**   Official Capacity

Defendant No. 2
Anne Arundel county police department,
Chief Amal Awad.
8495 Veterans Hwy, Millersville, MD 21108
(410) 222-8610
   **X**  Individual Capacity   **X**   Official Capacity

Defendant No. 3
Baltimore County police department 6th precinct, station 1,
Officer Parent, badge # 6096
115 West Susquehanna Avenue
Towson, Maryland 21204
410-887-2361
   **X**  Individual Capacity   **X**   Official Capacity

Defendant No. 4
Baltimore County police department 6th precinct, station 1,
Detective Heyman, badge #5110
115 West Susquehanna Avenue
Towson, Maryland 21204
4436807632
   **X**  Individual Capacity   **X**   Official Capacity

Defendant No. 5
Baltimore County Department of Corrections,
Gail Watts
720 Bosley Ave, Towson, MD 21204
(410) 512-3200
   **X**  Individual Capacity   **X**   Official Capacity

Defendant No. 6
State of Maryland, officer Parent badge # 6096
115 West Susquehanna Avenue
Towson, Maryland 21204
410-887-2361
   **X**  Individual Capacity   **X**   Official Capacity

Defendant No. 7
Baltimore County District Court
Hon. Dorothy J. Wilson
120 E Chesapeake Ave, Towson, MD 21286
(410) 512-2000
   **X**  Individual Capacity   **X**   Official Capacity

## II. Basis For Jurisdiction

**B.**

Deprivation of human rights under color of law.

Deprivation of tribal rights under color of law.

Deprivation of contract/Trust rights/obligations under color of law.

Deprivation of substantive procedural and due process.

Deprivation of inalienable rights of the natural person granted by the organic constitution of the Republic under color of law:

the foreign agents did not uphold their constitutional oath to abide by the constitution.

Misapplication of the law by foreign agents.

Unfair detainment.

Unfair treatment by the court/ foreign agents.

Not assumed innocent until proven guilty.

Freedom to movement infringed.

Arbitrary interference with privacy, home, correspondence.

Attack on honour and reputation.

Arbitrarily deprived of nationality and property.


**D.**

Officer Parent, badge #6096 and State of Maryland

For profit foreign agent not upholding constitutional oath to abide by the constitution and acting outside of jurisdiction under color of law. Oath of Office and Foreign Registration Statement will be requested fortwith.

False Representation, foreign agent claims to work for the government but in reality works for a for profit organization. Wears a badge and a uniform that is a false representation to claim to be bonded or affiliated with the UNITED STATES or any STATE. Submitting IRS form 4506-A fortwith.

Misapplication of the law.

Oppression.

Neglect of duty.

Operating outside of jurisdiction

Trespasser ab initio

Impeded a civil claim or dispute under color of law.

Breach of trust.

Harassment.

Violated right of travel.

Unlawful detainment.

Unlawful handcuffing

Arrest.

Kidnapping.

Trafficking.

Deprivation of rights under color of law.

Deprivation of substantive due process under color of law.

Deprivation of procedural due process under color of law regarding crimes against natural persons.

False imprisonment.

Assault.

Battery.

Technical Assault.

Obstruction of justice.

Conspiracy against rights.

Burglary of dwelling that is in a civil action.

Theft by conversion of tribal and trust property under color of law.

Malicious Prosecution (note that we understand false imprisonment and malicious
prosecution are mutually exclusive but each apply to a different plaintiff)
Illegal Arrest without article 3 standing warrant,
Illegal search and seizure without warrant,
No possession of warrant at time of arrest.
Could not produce a warrant with reasonable promptness on demand.
Illegal warrant


Detective Heyman, badge #5110
For profit foreign agent not upholding constitutional oath to abide by the constitution and
acting outside of  jurisdiction under color of law. Oath of Office and Foreign Registration
Statement will be requested fortwith.
False Representation, foreign agent claims to work for the government but in reality
works for a for profit organization.  Wears a badge that is a false representation to claim
to be bonded or affiliated with the UNITED STATES or any STATE. Submitting IRS form
4506-A fortwith.
Misapplication of the law.
Oppression.
Neglect of duty.
Operating outside of jurisdiction
Trespasser ab initio
Impeded a civil claim or dispute under color of law.
Breach of trust.
Harassment.
Violated right of travel.
Unlawful detainment.
Unlawful handcuffing
Arrest.
Kidnapping.
Trafficking.
Deprivation of rights under color of law.
Deprivation of substantive due process under color of law.
Deprivation of procedural due process under color of law regarding crimes against
natural persons.
False imprisonment.
Assault.
Battery.
Technical Assault.
Obstruction of justice.
Conspiracy against rights.
Burglary of dwelling that is in a civil action.
Theft by conversion of tribal and trust property under color of law.
Malicious Prosecution (note that we understand false imprisonment and malicious
prosecution are mutually exclusive but each apply to a different plaintiff)
Illegal Arrest without article 3 standing warrant.
Illegal search and seizure without warrant.
No possession of warrant at time of arrest.
Could not produce a warrant with reasonable promptness on demand.
Illegal warrant
Captain Chemelli and Baltimore County police department 6th precinct, station 1,
For profit foreign agent not upholding constitutional oath to abide by the constitution and
acting outside of jurisdiction under color of law. Oath of Office and Foreign Registration
Statement will be requested fortwith.

False Representation, foreign agent claims to work for the government but in reality works for a for profit organization.  Wears a badge and a uniform that is a false representation to claim to be bonded or affiliated with the UNITED STATES or any STATE.Submitting IRS form 4506-A fortwith.
Misapplication of the law.
Oppression.
Neglect of duty.
Operating outside of jurisdiction
Trespasser ab initio
Impeded a civil claim or dispute under color of law.
Breach of trust.
Harassment.
Violated right of travel.
Unlawful detainment.
Unlawful handcuffing
Arrest.
Kidnapping.
Trafficking.
Deprivation of rights under color of law.
Deprivation of substantive due process under color of law.
Deprivation of procedural due process under color of law regarding crimes against natural persons.
False imprisonment.
Assault.
Battery.
Technical Assault.
Obstruction of justice.
Conspiracy against rights.
Burglary of dwelling that is in a civil action.
Theft by conversion of tribal and trust property under color of law.
Malicious Prosecution (note that we understand false imprisonment and malicious prosecution are mutually exclusive but each apply to a different plaintiff)
Illegal Arrest without article 3 standing warrant.
Illegal search and seizure without warrant.
No possession of warrant at time of arrest.
Could not produce a warrant with reasonable promptness on demand.
Illegal warrant.
Second degree aggravated assault, twice.
Cruel and unusual punishment against natural person under color of law


Baltimore County Department of Corrections, Gail Watts
 For profit foreign agent not upholding constitutional oath to abide by the constitution and acting outside of jurisdiction under color of law. Oath of Office and Foreign Registration Statement will be requested fortwith.
False Representation, foreign agent claims to work for the government but in reality works for a for profit organization. See public record Instagram Account @6138publicwitness exhibit 11. Submitting IRS form 4506-A fortwith.
Misapplication of the law.
Oppression.
Neglect of duty.
Operating outside of jurisdiction
Trespassing
Deprivation of rights under color of law.

Deprivation of substantive due process under color of law.
Deprivation of procedural due process under color of law regarding crimes against natural persons.
False imprisonment.
Assault.
Battery.
Technical Assault.
Unlawful handcuffing.
Unlawful restraining.
Obstruction of justice.
Denied medical care.
Denied access to a lawyer.
Denied access to the Law Library.
Conspiracy against rights.
Kidnapping
Illegal Arrest without article 3 standing warrant.
Illegal search and seizure without warrant.
No possession of warrant at time of arrest.
Could not produce a warrant with reasonable promptness on demand.
Illegal warrant.
Second degree aggravated assault, twice.
Cruel and unusual punishment against natural person under color of law.

Baltimore County District Court, Hon. Dorothy J. Wilson
For profit foreign agent not upholding constitutional oath to abide by the constitution and acting outside of jurisdiction under color of law. Oath of Office and Foreign Registration Statement will be requested fortwith.
False Representation, foreign agent claims to work for the government but in reality works for a for profit organization. Submitting IRS form 4506-A fortwith.
Thus it is using or distributing written communication which simulates or falsely represents to be a document authorized, issued, or approved by any court, official, or agency of the United States or any State, or which creates a false impression as to its source, authorization, or approval.
Misapplication of the law by its foreign agents.
Oppression.
Trespasser.
Neglect of duty.
Deprivation of rights under color of law.
Deprivation of substantive due process under color of law.
Deprivation of procedural due process under color of law regarding crimes against natural persons.
Conspiracy against rights.
Kidnapping.
Obstruction of justice.
Issued illegal warrant.
False imprisonment.
Assault.
Battery.
Technical Assault.
Unlawful handcuffing.
Bond fraud.
Jurisdiction was challenged and not established.In a court of limited jurisdiction, whenever a party denies that the court has subject-matter jurisdiction, it becomes the duty and the burden of the party claiming that the court has subject-matter jurisdiction to

provide evidence on the record for the case that the court holds subject-matter jurisdiction. There are a number of elements that must be met before the court is conferred with subject-matter jurisdiction. Should any element not be complied with, the judge is without subject-matter jurisdiction; his/her orders and judgments are void, of no legal force or effect. Should the judge not have subject-matter jurisdiction, then the law states that the judge and those who advise and act with him have not only violated the law, but are also trespassers of the law.

Anne Arundel police department, Chief Amal Awad.
For profit foreign agent not upholding constitutional oath to abide by the constitution and acting outside of jurisdiction under color of law. Oath of Office and Foreign Registration Statement will be requested fortwith.
False Representation, foreign agent claims to work for the government but in reality works for a for profit organization. Submitting IRS form 4506-A fortwith.
Trespassing.
Burglary.
Impeding civil claim.
Conspiracy against rights.
Operating outside of jurisdiction.

III
A.
Baltimore county, 6138 Falls Road and approximately a quarter of a mile from 6138 Falls Road.

B.
It started June 16th around 9 AM when the police department lead by Officer Parent showed up to 6138 Falls Road. They remained after being informed of the civil matter; trespassing and impeding a civil matter. See exhibits 1 and 2 on the public record Instagram Account @6138publicwitness
After that incident and being fully aware of the civil matter, Officer Parent lurked around daily and harassed guests coming and leaving the property.
June 16th around 3pm he arrested and accosted the ADT home installer.
June 18th around 9 am he arrested and accosted home inspectors.
June 18th around 8 am he arrested Aleena Graaf who was seen exiting the property that morning and charged her with a traffic violation for not using a blinker when multiple witnesses will testify that Officer parent himself never used traffic signals when he was evading the dwellers of 6138 Falls road when approached by foot.
Officer Parent, under the guise of protecting the community when asked why he was stalking the inhabitants of 6138 Falls Road, spread false and derogatory rumors daily about the dwellers to the community resulting in a mob scene outside the home and causing civil unrest, making the 6138 dwellers feel unsafe on June 20th.
June 22nd around 9:30 am officer Parent, trespasser ab initio, arrested and kidnapped Ayanna Cox, Living woman living beneficiary of living trust dba AYANNA COX and Bhaquaya, living man, living beneficiary of living trust DBA MICHEAL WARREN/ SOVO PRIVATIZATION after leaving 6138 Falls road. Officer Parent demanded Ayanna Cox, Living woman living beneficiary of living trust dba AYANNA COX identify herself because of an open investigation and yet, even though she did, he and detective Heyman and their backup railroaded over their rights and unlawfully trespassed, kidnapped them with no probable cause or Article 3 warrant and without lawful justification. A subpoena of the officers' body cameras will show this. Due process is not determined by the legislature yet the Baltimore Police department continued to act like

despots when they jailed Bhaquaya, living man, living beneficiary of living trust DBA MICHEAL WARREN/SOVO PRIVATIZATION and chained him to a bench for 26 hours with denied access to water , food or a phone call instead of immediately sending him before the magistrate on June 22nd which is illegal and an invasion of the lawful rights of the victim.

June 22nd 2021 the Baltimore County and Anne Arundel County police department also stole Bhaquaya's, Living man, living Beneficiary of living trust DBA MICHEAL WARREN keys and used them to gain illegal access past the locked gates and illegal entry into the house at 6138 Falls road. See exhibits 3, 4, 5, and 6 on the public record Instagram Account @6138publicwitness

They then burglarized the home and stole everything in it and had the real estate agent turn on the security alarm.

June 22nd 2021 Captain Chemelli covers the security camera on the property and subsequently destroys it. See exhibit 3 on the public record Instagram Account @6138publicwitness

On June 23, 2021 and on June 24, 2021, Bhaquaya, living man, living beneficiary of living trust dba MICHEAL LAWRENCE WARREN/ SOVO PRIVATIZATION was severely beaten in the prison for not surrendering his prints by the Baltimore County Police Department with Captain Chemelli watching. (Dates are to the best of knowledge, he was disoriented obviously.) A subpoena of the cameras from the facility will prove this. June 24-26 7:30 pm bond fraud, tax fraud and identity theft occurred on Bhaquaya, living man, living beneficiary of living trust dba MICHEAL LAWRENCE WARREN/ SOVO PRIVATIZATION and he was denied bond. He was denied for refusing to give his finger prints and sustained cruel and unusual punishment by being chained to a bench for 26 hours and being beaten as a result. A federal District court held that the government has no right to take fingerprints. There is no justification for fingerprints, photographs and other measurements in advance of conviction as that violates the right to not self incriminate, the 5th amendment.

June 25th around 3pm Detective Heyman threatened Dr. Tessa Modiri, living woman, living beneficiary of living trust DBA TESSA MODIRI/ HOUSE OF RURRI TRUST and said if she returned to the property her and her husband would be arrested and also informed them that they were charged with felony burglary, ignoring the civil complaint that had been filed.

During this whole period from June 16th to present, jurisdiction has been challenged at every point yet no foreign agent has proven that they have subject matter jurisdiction. Also from June 22nd to this day Bhaquaya, living man, living beneficiary of living trust dba MICHEAL LAWRENCE WARREN/ SOVO PRIVATIZATION is being falsely imprisoned and is subject to torture and deprivation of liberties and rights. See exhibit 12 on the public record Instagram Account @6138publicwitness

From June 16th till present all of these events prove malicious prosecution and conspiracy against Dr. Tessa Modiri, living woman, living beneficiary of living trust dba TESSA MODIRI/ HOUSE OF RURRI TRUST. The neighbor in fact called her on June 16th around 10 am and said he would alert the state attorney. Why would the State attorney have anything to do with a civil claim? Why would the police department? Since then the inhabitants of 6138 Falls Rd have been trespassed, harassed and slandered by cops, illegally arrested, imprisoned, assaulted, and maliciously charged with burglary and destruction of property without proof of subject matter jurisdiction from the police department and complete wanton disregard for the civil matter surrounding 6138 Falls Rd.     .

Bank was sent payment in full on 6/29/21 by notary presentment no thanks to the overreach of the police department under color of law in impeding the civil complaint. More on conspiracy, soon after filing the UCCs on the property, see exhibit 9 on the public record Instagram Account @6138publicwitness for dates, the property was listed under contract, but it was not truthfully under contract because it was surreptitiously

being marketed as active to prospective buyers a few weeks later via email listserv, see exhibit 10 and note the date on the public record Instagram Account @6138publicwitness. Looking at the listing presently it says there is a contingency until 8/6/21, which is all of the victim's preliminary hearings, see exhibit 13 on the public record Instagram Account @6138publicwitness

The Bank coincidentally picks the same day to end the contingency or is this not proof of malicious prosecution and conspiracy with the police and courts?


**C.**

On June 1, 2021 Dr. Tessa Modiri, living woman, living beneficiary of living trust dba TESSA MODIRI/ HOUSE OF RURRI TRUST initiated a lawful process to determine ownership of the residence located at 6138 Falls Rd Baltimore MD. In order  to determine rightful ownership of the residence, a civil claim was filed by Dr. Tessa Modiri, living woman, living beneficiary of living trust dba TESSA MODIRI/ HOUSE OF RURRI TRUST after an inspection and investigation produced probable cause that the residence was possibly abandoned, see exhibit 7 on the public record Instagram Account @6138publicwitness

Erica Wilhide is documented on the record as having abandoned the property to Southern Trust Mortgage Company or bank on or around 07/09/2018. Banks cannot own or sell properties according to GAAP,  International Commercial Banking and Finance stipulations (see 12 USC 1431) . Dr Tessa Modiri, living woman, living beneficiary of living trust dba TESSA MODIRI/ HOUSE OF RURRI TRUST has the lawful right to challenge the bank claim of ownership on the residence. Adverse possession laws in the state of Maryland declare that one can and must openly take possession of and openly dwell in it to declare and perfect a claim of ownership on an abandoned property, giving interested parties the right to prove their claim of ownership, if it exists. In Fact, the law states that the possession of the property must be actual, open and notorious,  exclusive,  hostile,  under cover of claim or right, and continuous and uninterrupted for the statutory time period. Dr. Tessa Modiri, living woman, living beneficiary of living trust dba TESSA MODIRI/ HOUSE OF RURRI TRUST was following all of the aforementioned rules. Dr. Tessa Modiri, living woman, living beneficiary of living trust dba TESSA MODIRI/ HOUSE OF RURRI TRUST secured a certified copy of the warranty deed for the property which at the time had been abandoned. Dr. Tessa Modiri, living woman, living beneficiary of living trust dba TESSA MODIRI/ HOUSE OF RURRI TRUST then had the document authenticated by the Secretary of State. She then acknowledged the warranty deed and recorded this action on behalf of the Trust on the public record with the Maryland Secretary of the State, see exhibit 8 on the public record Instagram Account @6138publicwitness

Furthermore a commercial lien was placed upon the residence by the House of Rurri Trust which Dr. Tessa Modiri, living woman, living beneficiary of living trust dba TESSA MODIRI/ HOUSE OF RURRI TRUST  is the Trustee to secure and perfect the claim of ownership on the record of the property,  See exhibit 9 on the public record Instagram Account @6138publicwitness

All of this was public information that was filed with the circuit court and as evidenced by Officer Parent in his own written statement stating that all the legal documents pertaining to the civil case were taped to the windows, See exhibit 1, 2, 7 on the public record Instagram Account @6138publicwitness

On June 16, 2021, officers were dispatched to 6138 Falls Rd Baltimore MD led by Officer Perry Parent badge number 6096 after the parties involved had received Dr. Tessa Modiri's, living woman, living beneficiary of living trust dba TESSA MODIRI/ HOUSE OF RURRI TRUST notice. The entire Baltimore Police Department was informed on camera that the matter was in civil litigation and therefore out of their

jurisdiction See exhibits 1 and 2 on the public record Instagram Account
@6138publicwitness

The file claim number as well as multiple other lawful documents were taped to the
windows of the residence serving notice that civil action and a civil cause was
proceeding with the circuit courts and that civil file number is C03CV21-1765. The
Baltimore County Police Department was informed that a civil action had been taken
regarding the residence and that, as corroborated by Officer Parent in his own written
statement, they were very well informed that civil action had been taken and that civil
action would be taken against them if they impeded or interfered with a civil cause
regarding the matter. Officer Parent badge 6096 and the Baltimore County Police
Department were given constructive notice on camera and they were informed that any
further investigation or harassment would warrant civil action taken against them. After
a period of approximately one hour, the fact that they had no jurisdiction was affirmed by
the Baltimore County Police Department leaving the residence. If criminal activity had
taken place that day the Baltimore County Police Department would have forced entry
and they would have made criminal arrests at that time, but they did not; proof that they
had no jurisdiction to further investigate or harass anybody regarding this civil matter. As
established by Officer Parent, badge number 6096 in page 4 of his own written report, it
states the officers became aware of the existence of a civil complaint concerning
ownership of 6138 Falls Rd, Baltimore, Maryland as well as the pending foreclosure of
the property by the bank which is what prompted the challenge of ownership by Dr.
Tessa Modiri, living woman, living beneficiary of living trust dba TESSA MODIRI/
HOUSE OF RURRI TRUST. The statement goes on to say that officers did not make an
attempt to enter the home at that time because of the civil proceedings in place. This
statement made by Office Parent himself is prima facie evidence that Officer Parent,
badge number 6096, and the Baltimore County Police Department did knowingly and
intelligently impede a civil cause under color of law. Any actions taken on the part of
Officer Parent, badge number 6096, and his fellow officers, including detective Eric
Heyman badge 5110, Captain Deanna Chemelli, badge number 5785, and any actions
taken by the Baltimore and Anne Arundel County Police Department after becoming
knowledgeable of the civil complaint is prima facie evidence of a number of  criminal
federal charges already mentioned in other sections. Dates and Times of events were
already mentioned in the previous section as well.

### IV. Injuries

Bhaquaya, Living man, living Beneficiary of living trust dba MICHEAL LAWRENCE
WARREN/ SOVO PRIVATIZATION  was beaten twice, 12 hours apart, for not giving
fingerprints. He was beaten till he was immobile on the ground. He was also chained
inhumanely to a bench, shackled at his ankles and one wrist, for 26 hours. He was
denied food and water and a phone call again because he would not give his
fingerprints. He sustained heavy bruises and wounds on his elbows from officers sitting
on his back and using excessive force to obtain the private prints. He sustained
lacerations to the wrists from tight handcuffs, bruises on the back and the waist from
being punched by officers. As a result, chunks of meat are torn off his left elbow which is
swollen to 1.5 times greater than it should be. The Right hand, especially one knuckle,
is still severely swollen. He believes it could possibly be broken, but with no medical
attention it is hard to determine. He feels as though his right hand is numb and he
cannot feel the thumb. See exhibit 12 on the public record Instagram Account
@6138publicwitness

All defendants are responsible for this flagrant violation of not upholding their oath to
uphold the 5th amendment of the Constitution.

**V. Relief**

Immediately drop all charges and release the living man Bhaquaya, living man, living beneficiary of living trust dba MICHEAL LAWRENCE WARREN/ SOVO PRIVATIZATION from the unlawful custody of the Baltimore County Department of Corrections.

Drop all charges for Dr. Tessa Modiri, living woman, living beneficiary of living trust dba TESSA MODIRI/ HOUSE OF RURRI TRUST.

Drop all charges for Cesar Tellez-Zuniga, living man, living beneficiary of living trust dba CESAR TELLEZ-ZUNIGA/CHIKI TRUST.

Drop all charges for Kia Dyer, living woman, living beneficiary of living trust dba KIA DYER.

Drop all charges for Ayanna Cox, living woman, living beneficiary of living trust dba AYANNA COX.

Cease and Desist any and all use of the copyrighted names MICHAEL LAWRENCE WARREN, TESSA MONA MODIRI and CESAR TELLEZ-ZUNIGA.

Immediately return all Tribal and Trust property back to the property which was unlawfully confiscated from 6138 Falls Rd, including all documents, monies, vehicles, furniture, securities, contracts, safes, electronics and any other possessions or personal items removed from the property, vehicle or persons of interest in the matter.

Issuance of an injunction preventing any Baltimore Police officer or any other person operating in non-applicable statutory jurisdiction from further impeding the civil matter regarding 6138 Falls Road and approaching 6138 Falls Road.

Cease and Desist current investigation and further malicious prosecutions of persons of interest surrounding 6138 Falls Road.

Defendants have acted maliciously with a design to injure natural persons involved in a civil complaint.

Award the Plaintiffs full restitution and damages for all injuries, emotional distress, pain and suffering incurred as allowed under 18 U.S. Code § 3571. The damages are calculated as such:

Southern Trust Mortgage LLC was sent payment of 1.7 Million dollars 6/29/21 for the property so damages start at 1.7 Million times three ($5,200,000.00) with a $10,000.00 daily penalty for every day the plaintiffs are hindered from dwelling 6138 Falls road thanks to the impeding by the defendants beginning July 1st 2021.

False imprisonment with damages including bodily pain, great physical inconvenience,discomfort, loss of time,mental suffering, injury to reputation,distress, anguish, humiliation of mind, shame, public ridicule,invidious publicity, public disgrace of Bhaquaya, living man, living beneficiary of living trust dba MICHEAL LAWRENCE WARREN/ SOVO PRIVATIZATION are assessed at $25,000.00 /day beginning June 22nd 2021 until charges dropped and release of the natural person.

Theft by conversion of tribal and trust property documents valued at $285,000.00

Illegal search and seizure of bonds, cash and securities from both trusts valued at 6.6 million dollars

$20,000.00 for two occasions of aggravated assault.

Malicious prosecution and impeding a civil claim with damages including great physical inconvenience,discomfort, loss of time, loss of work, mental suffering, injury to reputation,distress, anguish, humiliation of mind, shame, public ridicule,invidious publicity, public disgrace of Dr. Tessa Modiri, living woman, living beneficiary of living trust dba TESSA MODIRI/ HOUSE OF RURRI TRUST are assessed at $15,000.00 /day beginning June 16th 2021 until charges are dropped.

Restricted allodial trespassing by the baltimore and Anne Arundel police department per 18 USC 241 and 242, $500,000.00 per day per organization so $1,500,000.00 since Baltimore Police department trespassed twice on the 16th then on the 22nd and Anne Arundel police department trespassed once on the 22nd.

Legal fees $40,000.00.